# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:13-cv-154-RLV
# (5:01-cr-5-RLV-19)

| | |
|---|---|
| STACEY LERELL NEWMONES, | )<br>) |
| Petitioner, | )<br>) |
| vs. | )    **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

UPON MOTION of the Government, (Doc. No. 5), to hold Petitioner's habeas petition brought under 28 U.S.C. § 2241 in abeyance pending resolution of United States v. Surratt, No. 14-6851, and to extend the time for filing of the Government's Response until 45 days from the issuance of the Fourth Circuit's mandate in Surratt,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 5), is **GRANTED**.

Signed: September 21, 2016

Richard L. Voorhees
United States District Judge