UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13-cv-154

| | | |
|---|---|---|
| **STACEY LERELL NEWMONES,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on petitioner's Case Status Report (#9). In a previous Order (#8), this court stayed this matter pending resolution of petitioner's appeal before the Supreme Court, and provided that the government's response would be due 30 days after the outcome of petitioner's pending appeal before the Supreme Court. On December 11, 2017, the Supreme Court denied the petition for certiorari. As a result, the court shall lift the stay in this matter and hereby enters the following order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that, pursuant to the facts outlined in the court's previous order (#8) and petitioner's Case Status Report (#9), the stay in this matter is **LIFTED** and the government shall file a response in this matter no later than February 5th, 2018.

Signed: January 5, 2018

Max O. Cogburn Jr
United States District Judge