UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-154-RLV
(5:01-cr-5-RLV-19)

| | |
|---|---|
| STACEY LERELL NEWMONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

UPON MOTION of the Government, (Doc. No. 11), to hold Petitioner's this action in abeyance pending resolution of United States v. Wheeler, Fourth Circuit Case No. 16-6073,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 11), is **GRANTED** for the reasons stated in the Government's memorandum. The Government shall file its response within 45 days after the Fourth Circuit issues its mandate in Wheeler.

Signed: February 23, 2018

Max O. Cogburn Jr.
United States District Judge