UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-154-RLV
(5:01-cr-5-RLV-19)

| | |
|---|---|
| STACEY LERELL NEWMONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

This matter is before the Court on the Government's Motion to Stay, (Doc. No. 14). The Government filed a petition for certiorari in United States v. Wheeler, 734 F. App'x 892 (4th Cir. 2018) on October 3, 2018. This matter is hereby stayed pending resolution of Wheeler. The Government shall notify this court within 45 days of the resolution of Wheeler.

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 14), is **GRANTED**.

Signed: October 10, 2018

Max O. Cogburn Jr
United States District Judge