# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Stacey Lerell Newmones,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:13-cv-00154-MOC |
| | ) | 5:01-cr-00005-19 |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| | ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2019 Order.

May 16, 2019

Frank G. Johns, Clerk
United States District Court